IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRICIA REMENTER,** | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| **KELLOGG COMPANY and KELLOGG USA INC.,** | NO. 14-1340 |
| Defendants. | |

**O R D E R**

**AND NOW**, this 1st day of October, 2015, upon consideration of Defendants' Motion for Summary Judgment [ECF No. 47], the Plaintiff's response in opposition thereto [ECF No. 51], the Defendants' Reply [ECF No. 49], and the Plaintiff's Sur-Reply [ECF No. 52], **IT IS ORDERED** that:

(1) The Defendants' Motion to Dismiss is **GRANTED**;

(2) **JUDGMENT IS ENTERED IN FAVOR** of Defendants Kellogg Company and Kellogg USA Inc.; and

(3) The Clerk of Court is directed to close this case.

.

BY THE COURT:

/S/WENDY BEETLESTONE, J.
_____
**WENDY BEETLESTONE, J.**